IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>BLAKE MARTIN,<br>DUSTIN DEAN TREAT,<br>LEE HAYDEN ANGLIN,<br>TISHA ANN SAVAGE,<br>KENNETH DOUGLAS CARTER,<br><br>               Defendants. | Case No.  24-CR-091-GKF |

## ORDER TO APPLY PROTECTIVE ORDER

Upon the unopposed motion of the United States for the protective order previously issued in this case to apply to defendants Blake Martin, Dustin Dean Treat, Lee Hayden Anglin, Tisha Ann Savage, and Kenneth Douglas Carter [Doc. 171],

**IT IS THEREFORE ORDERED** that the Unopposed Motion for Protective Order [Doc. 171] is granted and the protective order [Doc. 67] shall apply to the defendants listed above.

DATED this 7th day of August, 2024.

                                                            GREGORY K. FRIZZELL
                                                            UNITED STATES DISTRICT JUDGE